FILED
CLERK, U.S. DISTRICT COURT

8/17/21

CENTRAL DISTRICT OF CALIFORNIA
BY: _____WH_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

THEE AGUILLA, INC, a
California Corporation; HENRY
AGUILLA, an individual,

          Plaintiff,

v.

PENN-STAR INSURANCE
COMPANY and DOES 1 to 10,
inclusive,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:19-cv-01621-PSG (RAOx)

**[PROPOSED] FINAL JUDGMENT**

Complaint filed:  March 5, 2020
Trial:  August 17, 2021

On August 5, 2021, Defendant Penn-Star Insurance Company (Penn-Star) filed its acceptance of Plaintiffs' California Code of Civil Procedure §998 Offer to compromise. Although the terms of that offer provide that Penn-Star pay Plaintiff Henry Aguila $1,995,000.00 in exchange for a standard release and dismissal (each party to pay its own costs and fees), Defendant, through its counsel James Lemieux and Andres Hurwitz requested at the pretrial conference in this Court on August 9, 2021 that judgment be entered against Penn-Starr upon the terms of the accepted C.C.P. §998 Offer as would be a traditional C.C.P. §998.  Plaintiffs, through their

1

counsel John Fitzpatrick Vannucci and Julie Nong, did not object to this suggestion and the Court agreed to enter Judgment and vacated the jury trial of this matter. As such, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment is entered in favor of Plaintiffs Henry Aguila and Thee Aguila, Inc. and against Defendant Penn-Starr Insurance Company in the amount of one million nine hundred ninety-five thousand dollars ($1,995,000.00) each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated:_____8/17/21_____

Hon. Phillip S. Gutierrez,
United States District Court Judge

[PROPOSED] FINAL JUDGMENT